

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| CALEB HERRERA MUNOZ, | § | No. 08-23-00084-CR |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | 39th Judicial District Court |
| THE STATE OF TEXAS, | § | of Throckmorton County, Texas |
| Appellee. | § | (TC# 1302) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF SEPTEMBER 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.